USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/11/2022__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER FITZSIMONS, REGINA ANN DEVLIN FITZSIMONS, BERNADETTE EILEEN FITZSIMONS, and CAITLIN PATRICIA FITZSIMONS,

        Plaintiffs,

-against-

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, JOSEPH A. GEIGER AS TRUSTEE, KRISTIN O'BRIEN as EXECUTIVE DIRECTOR OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS BENEFIT FUNDS, and F. JOSIAH LEICHT as COMPLIANCE OFFICER of the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA,

        Defendants.

21 Civ. 11151 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Defendants' pre-motion letters dated March 31 and April 1, 2022. ECF Nos. 24–26. Accordingly:

1. Defendants' requests to file motions to dismiss are GRANTED;
2. By **May 16, 2022**, Defendants shall file their motions to dismiss;
3. By **June 6, 2022**, Plaintiffs shall file their opposition papers; and
4. By **June 20, 2022**, Defendants shall file their replies, if any.

SO ORDERED.

Dated: April 11, 2022
      New York, New York

                                 ANALISA TORRES
                             United States District Judge