```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
PETER FITZSIMONS, REGINA ANN DEVLIN FITZSIMONS, BERNADETTE EILEEN FITZSIMONS, and CAITLIN PATRICIA FITZSIMONS,

                          Plaintiffs,

-against-

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, JOSEPH A. GEIGER AS TRUSTEE, KRISTIN O'BRIEN as EXECUTIVE DIRECTOR OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS BENEFIT FUNDS, and F. JOSIAH LEICHT as COMPLIANCE OFFICER of the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _6/21/2022_

21 Civ. 11151 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed the parties' letters dated June 20 and 21, 2022. ECF Nos. 38–41. By **June 24, 2022**, Plaintiffs shall file their opposition papers. By **July 8, 2022**, Defendants shall file their replies, if any. No extensions shall be granted absent a showing of good cause.

    SO ORDERED.

Dated: June 21, 2022
       New York, New York

                                              ANALISA TORRES
                                     United States District Judge