UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER FITZSIMONS, REGINA ANN DEVLIN FITZSIMONS, BERNADETTE EILEEN FITZSIMONS, and CAITLIN PATRICIA FITZSIMONS,

                Plaintiffs,

-against-

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, JOSEPH A. GEIGER AS TRUSTEE, KRISTIN O'BRIEN as EXECUTIVE DIRECTOR OF THE NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS BENEFIT FUNDS, and F. JOSIAH LEICHT as COMPLIANCE OFFICER of the NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __8/2/2022__

21 Civ. 11151 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court has reviewed Plaintiffs' letter dated June 21, 2022, wherein Plaintiffs state they "do not oppose defendant Leicht's motion" to dismiss. ECF No. 41. The Court construes this statement as consenting to a voluntary dismissal of their claims against Defendant F. Josiah Leicht. Accordingly, the claims against F. Josiah Leicht are DIMISSED.

    The Clerk of Court is directed to terminate the pending motion at ECF No. 30 and terminate F. Josiah Leicht from this matter.

    SO ORDERED.

Dated: August 2, 2022
       New York, New York

                                        ANALISA TORRES
                                      United States District Judge