**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PETER FITZSIMONS, REGINA ANN DEVLIN
FITZSIMONS, BERNADETTE EILEEN
FITZSIMONS, and CAITLIN PATRICIA
FITZSIMONS,

                      Plaintiffs,

    -against-                                          21 **CIVIL** 11151 (AT)

                                                       **JUDGMENT**

NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS AND JOINERS OF AMERICA,
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS PENSION FUND, NEW YORK
CITY DISTRICT COUNCIL OF CARPENTERS
WELFARE FUND, and JOSEPH A. GEIGER
as TRUSTEE,

                      Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 27, 2023, the Fund Defendants' motion to dismiss is GRANTED, and the Union's motion to dismiss is GRANTED.

**Dated:** New York, New York

       January 27, 2023

                                                                  **RUBY J. KRAJICK**

                                                                  _____
                                                                  **Clerk of Court**

                                      **BY:**     *K. Mango*

                                                                  _____
                                                                  **Deputy Clerk**