UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PETER FITZSIMONS, REGINA ANN DEVLIN FITZSIMONS, BERNADETTE EILEEN FITZSIMONS, and CAITLIN PATRICIA FITZSIMONS,

                Plaintiffs,

-against-

NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS AND JOINERS OF AMERICA, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS PENSION FUND, NEW YORK CITY DISTRICT COUNCIL OF CARPENTERS WELFARE FUND, and JOSEPH A. GEIGER as TRUSTEE,

                Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _4/11/2023_

21 Civ. 11151 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On January 27, 2023, the Court issued an order granting Defendants' motions to dismiss, ECF Nos. 32, 35. ECF No. 55. By **April 19, 2023**, the parties shall file a joint status update.

    SO ORDERED.

Dated: April 11, 2023
       New York, New York

ANALISA TORRES
United States District Judge