UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
PETER FITZSIMONS, REGINA ANN DEVLIN
FITZSIMONS, BERNADETTE EILEEN
FITZSIMONS, and CAITLIN PATRICIA
FITZSIMONS,

                   Plaintiffs,

-against-                                        21 **CIVIL** 11151 (AT)

## **JUDGMENT**

NEW YORK CITY DISTRICT COUNCIL
OF CARPENTERS AND JOINERS OF
AMERICA, NEW YORK CITY DISTRICT
COUNCIL OF CARPENTERS PENSION FUND,
NEW YORK CITY DISTRICT COUNCIL OF
CARPENTERS WELFARE FUND, and
JOSEPH A. GEIGER as TRUSTEE,

                   Defendants.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Order dated April 24, 2023, the Fund Defendants' motion to dismiss is GRANTED, and the Union's motion to dismiss is GRANTED. Plaintiffs' claims are DISMISSED with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York

      April 25, 2023

                                                   **RUBY J. KRAJICK**

                                                   _____
                                                   **Clerk of Court**

                            **BY:**        *K. Mango*

                                                   _____
                                                   **Deputy Clerk**